MARKHAM v. JOHNSON

No. 175 PC.

Case below: 15 N.C. App. 139.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


MAYO v. CASUALTY CO.

No. 8 PC.

Case below: 15 N.C. App. 309.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 14 September 1972.


PAYSEUR v. RUDISILL

No. 164 PC.

Case below: 15 N.C. App. 57.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


REEVES BROTHERS, INC. v. TOWN OF RUTHERFORDTON

No. 1 PC.

Case below: 15 N.C. App. 385.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 14 September 1972.


RICH v. CITY OF GOLDSBORO

No. 5 PC.

Case below: 15 N.C. App. 534.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 14 September 1972.